BENJAMIN B. WAGNER
United States Attorney
KEVIN C. KHASIGIAN
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:12-MC-00030-GEB-KJN |
|      Plaintiff, | STIPULATION AND ORDER EXTENDING TIME FOR FILING A COMPLAINT FOR FORFEITURE AND/OR TO OBTAIN  AN INDICTMENT ALLEGING FORFEITURE |
|     v. | |
| APPROXIMATELY $18,000.00 IN U.S. CURRENCY, | |
|      Defendant. | |

It is hereby stipulated by and between the United States of America and claimant Charles
Waylon Mason ("claimant"), by and through their respective counsel, as follows:

1.      On or about February 8, 2012, claimant Charles Waylon Mason filed a claim, in the
administrative forfeiture proceeding, with the Drug Enforcement Administration with respect to the
Approximately $18,000.00 (hereafter "defendant currency"), which was seized on August 12, 2011.

2.      The Drug Enforcement Administration has sent the written notice of intent to forfeit
required by 18 U.S.C. § 983(a)(1)(A) to all known interested parties.  The time has expired for any
person to file a claim to the defendant currency under 18 U.S.C. § 983(a)(2)(A)-(E), and no person
other than claimant has filed a claim to the defendant currency as required by law in the
administrative forfeiture proceeding.

3.      Under 18 U.S.C. § 983(a)(3)(A), the United States is required to file a complaint for

forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture within ninety days after a claim has been filed in the administrative forfeiture proceeding, unless the court extends the deadline for good cause shown or by agreement of the parties.  That deadline was May 8, 2012.

4.     By Stipulation and Order filed May 4, 2012, the parties stipulated to extend to July 9, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     By Stipulation and Order filed on or about July 6, 2012, the parties stipulated to extend to August 8, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

5.     As provided in 18 U.S.C. § 983(a)(3)(A), the parties wish by agreement to further extend to November 6, 2012, the time in which the United States is required to file a civil complaint for forfeiture against the defendant currency and/or to obtain an indictment alleging that the defendant currency is subject to forfeiture.

6.     Accordingly, the parties agree that the deadline by which the United States shall be

///
///
///
///
///
///
///
///
///
///
///

2

Stipulation and Order to Extend Time

1   required to file a complaint for forfeiture against the defendant currency and/or to obtain an

2   indictment alleging that the defendant currency is subject to forfeiture shall be extended to

3   November 6, 2012.

4   Dated:   8/1/2012             BENJAMIN B. WAGNER
                                  United States Attorney
5

6                                /s/ Kevin C. Khasigian
7                                KEVIN C. KHASIGIAN
                                 Assistant U.S. Attorney
8

9

10  Dated:   Aug. 1, 2012        /s/ Carolyn Hagin
11                               CAROLYN HAGIN
                                 Attorney for Claimant Waylon Mason
12

13                               (Signature retained by attorney)

14

15      **IT IS SO ORDERED**.

16  **Date: 8/1/2012**

17

18  _____
    GARLAND E. BURRELL, JR.
19  Senior United States District Judge

20

21

22

23

24

25

26

27

28

3